WINNEFRED E. PAGE HICKS, Respondent, v. EVERETT HICKS, Appellant.— Judgment and order granting counsel fee reversed on the facts and complaint dismissed, without costs of this appeal to either party. Certain findings of fact and conclusions of law disapproved and reversed and new findings made. In our opinion adultery was not established and the evidence relied upon to establish

* Revd., 263 N. Y. 53.

it related to an occurrence wholly collusive. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.